HANNAH FARRIE, Respondent, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

(Argued June 9, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 2, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

*John C. McGuire* for appellant.

*George C. Lay* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.